AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williamson, Michael G. | Bankruptcy Court-M.D. Florida | 12/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave., Ste. 840
Tampa, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Stetson University College of Law |
| 2. | Co-Author of Bankruptcy Law Manual | West Services, Inc. (Publisher) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/20/2013 | Adjunct Professor, Stetson University College of Law: Teach bankruptcy course one semester per year beginning Spring 2014 (January-April 2014). |
| 2. | 1/3/2014 | Co-Author of Bankruptcy Law Manual published by West Services, Inc.: Prepare annual updates. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 12/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of Florida - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/9/2013-1/11/2013 | Orlando, FL | Mid-Year Meeting | Transportation, lodging, meals |
| 2. | Phoenix Bar Association | 1/24/2013-1/25/2013 | Phoenix, AZ | Speak @ retirement ceremony of Bankrupty Judge Charles Case | Transportation, lodging, meals |
| 3. | American Conference Institute | 1/31/2013-2/2/2013 | New York, NY | Conference Panelist | Transportation, lodging, meals |
| 4. | American College of Bankruptcy | 2/8/2013-2/9/2013 | Amelia Island, FL | Eleventh Circuit Retreat | Transportation & lodging |
| 5. | American Bankruptcy Institute | 3/7/2013-3/9/2013 | St. Petersburg, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 12/18/2014 |

| # | Source | Dates | Location | Purpose | Items Paid |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 4/8/2013-4/9/2013 | Phoenix, AZ | Mid-Year Meeting | Transportation, lodging, meals |
| 7. | The Florida Bar | 4/17/2013-4/21/2013 | Yountville, CA | Business Law Section Executive Council Retreat | Transportation, lodging, meals |
| 8. | The Florida Bar | 4/25/2013-4/26/2013 | Tampa, FL | Seminar Panelist | Meals |
| 9. | American Conference Institute | 4/28/2013-4/30/2013 | Washington, DC | Conference Panelist | Transportation, lodging, meals |
| 10. | Bankruptcy Bar Association of the Southern District of Florida | 5/9/2013-5/12/2013 | Palm Beach, FL | Annual Retreat | Transportation, lodging, registration/ meals |
| 11. | The Florida Bar | 6/26/2013-6/28/2013 | Boca Raton, FL | Annual Meeting | Transportation, lodging, meals |
| 12. | American Bankruptcy Institute | 7/18/2013-7/20/2013 | Amelia Island, FL | Workshop Speaker | Transportation, lodging, meals |
| 13. | Jacksonville Bankruptcy Bar Association | 8/22/2013-8/24/2013 | Ponte Vedra, FL | Seminar Panelist | Transportation, lodging, meals |
| 14. | The Florida Bar | 8/30/2013-9/2/2013 | Boca Raton, FL | Business Law Section Retreat | Transportation, lodging, registration/ meals |
| 15. | American Bankruptcy Institute | 9/27/2013-9/28/2013 | Washington, DC | Seminar Panelist | Transportation & meals |
| 16. | Commercial Law League of America | 10/29/2013-10/30/2013 | Atlanta, GA | NCBJ Conference Panelist | Transportation, lodging, meals |
| 17. | National Conference of Bankruptcy Judges | 10/31/2013-11/2/2013 | Atlanta, GA | Annual Conference | Transportation, lodging, meals |
| 18. | The Florida Bar | 11/7/2013-11/8/2013 | Miami, FL | Seminar Panelist | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Williamson, Michael G.** | 12/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab-Homestead R.E. Tax Account | A | Interest | J | T | | | | | |
| 2. - Money Market Account | A | Interest | J | T | | | | | |
| 3. Schwab-Joint Tenants Account | A | Dividend | J | T | | | | | |
| 4. - Money Market Account | | None | J | T | | | | | |
| 5. - Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 6. AllianzValueMark Annuity | D | Int./Div. | K | T | | | | | |
| 7. Phoenix Universal Life Ins. | C | Int./Div. | L | T | Redeemed (part) | 08/13/13 | J | D | |
| 8. MFS IRA | D | Dividend | K | T | Redeemed (part) | 03/06/13 | K | E | |
| 9. - MFS Growth Fund-A | | | | | | | | | |
| 10. Venture Annuity | A | Int./Div. | | | Redeemed | 01/03/13 | J | C | |
| 11. Schwab IRA | E | Int./Div. | P1 | T | Redeemed (part) | 01/14/13 | L | F | |
| 12. - DFA Emerging Markets Core Equity Portfolio | | | | | Sold (part) | 01/11/13 | J | | |
| 13. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 14. - DFA Emerging Markets Value Portfolio | | | | | Sold (part) | 01/11/13 | J | | |
| 15. - DFA Two Year Global Fixed Income Portfolio | | | | | Buy (add'l) | 06/19/13 | J | | |
| 16. - DFA US Large Co. Portfolio | | | | | Sold (part) | 01/11/13 | J | | |
| 17. | | | | | Sold (part) | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 12/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/16/13 | J | | |
| 19. - DFA US Large Cap Value Portfolio | | | | | Sold (part) | 01/11/13 | J | | |
| 20. | | | | | Sold (part) | 06/19/13 | J | | |
| 21. | | | | | Sold (part) | 12/16/13 | J | | |
| 22. - DFA US Micro Cap Portfolio | | | | | Sold (part) | 09/23/13 | J | | |
| 23. - DFA US Small Cap Value Portfolio | | | | | Sold (part) | 03/18/13 | J | | |
| 24. | | | | | Sold (part) | 12/16/13 | J | | |
| 25. - Pimco Commodity Real Return Strategy FD Instl | | | | | Buy (add'l) | 06/19/13 | J | | |
| 26. - Pimco High Yield Spectrum Instl | | | | | | | | | |
| 27. - Vanguard Total BD Mkt Index Signal | | | | | Sold (part) | 01/11/13 | J | | |
| 28. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 29. - Vanguard Inflation Protected Securities Fund | | | | | Sold | 02/07/13 | L | | |
| 30. - DFA Intl Vector Eqty Port | | | | | Sold (part) | 01/11/13 | J | | |
| 31. | | | | | Sold (part) | 12/16/13 | J | | |
| 32. - DFA International Core Equity Portfolio | | | | | Sold (part) | 09/23/13 | J | | |
| 33. - DFA Global Real Estate Securities Portfolio | | | | | Buy (add'l) | 09/23/13 | J | | |
| 34. - AQR Diversified Arbitrage | | | | | Buy (add'l) | 09/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 12/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DFA Short Term Extended Quality Port Instl | | | | | Sold (part) | 01/11/13 | J | | |
| 36. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 38. | | | | | Sold (part) | 12/16/13 | J | | |
| 39. - AQR Risk Balanced Cmdy Strat CL I | | | | | Buy (add'l) | 03/18/13 | J | | |
| 40. - Vanguard Inflation Protected Secs Adm Shr | | | | | Buy | 02/07/13 | L | | |
| 41. | | | | | Sold (part) | 11/05/13 | K | | |
| 42. - DFA Short Duration Real Return Port Inst | | | | | Buy | 11/05/13 | K | | |
| 43. SunTrust bank accounts | A | Interest | J | T | | | | | |
| 44. Smart 529 College Savings Plan-[redacted] (X) | B | Int./Div. | J | T | | | | | |
| 45. - Aggressive Growth Portfolio D | | | | | | | | | |
| 46. MassMutual Life Ins. (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williamson, Michael G. | 12/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:  See additional information provided in Part II and in the next two explanatory comments, below.

Part II, Line 1:  Compensation is within the limitation set forth in Section 3(a) of the Judicial Conference Regulations on Gifts, Ourside Earned Income, Honoraria and Employment; and prior approval was sought and obtained as required by Section 5(a)(5).

Part II, Line 2:  Royalties do not constitute outside earned income, pursuant to Section 3(b) of the Judicial Conference Regulations on Gifts, Ourside Earned Income, Honoraria and Employment.

Part III-A:  There was no income received during this reporting period on account of the Agreements disclosed in Part II.

Part VII, Line 46:  The annual statements on this insurance policy describe it as a term life policy, and accordingly it was not included in prior years' reports. However, this year's annual statement reflects an amount for "Net Cash Value" for the policy (derived from dividends), and a small taxable interest distribution was made.

NOTE:  This 2013 Amended Report is being filed in response to a Letter of Inquiry dated December 1, 2014.  This Amended Report contains the following correction:

Part VII, Line 26:  The asset description in the original 2013 Report was "Pimco High Yield Fund Institutional Class."  However, as reflected in the 2012 Report, Part VII, Line 21, that asset was sold on 3/26/12, and thus should not have been listed in the 2013 Report. Part VII, Line 26, of this 2013 Amended Report has been amended to list the correct asset, which is "Pimco High Yield Spectrum Instl."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael G. Williamson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544